# EXHIBIT "A"



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us    My Account   

## CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM



| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 3 | 08/28/2021 | | Receipt: | Event | RECEIPT#:2930053 AMT PAID:$401.00 NAME:WILLIAM RUGGIERO 200 S ANDREWS AVE # 703 FORT LAUDERDALE FL 33301-1864 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:08/28/2021 REGISTER#:293 CASHIER:EFILINGUSER |
| 2 | 08/26/2021 | | Complaint | Event | |
| 1 | 08/26/2021 | | Civil Cover Sheet - Claim Amount | Event | |

The information contained herein is for informational purposes only and is not intended to be legal advice. The Miami-Dade Clerk's Office makes no guarantee or warranty about the accuracy or completeness of the data provided through this website. You may not modify, publish, transmit, transfer or sell, reproduce, create derivative works from, distribute, perform, display, or in any way exploit, any of the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

### General

Online Case Home

Civil / Family Courts Information

Login

### Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



## HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2021 Clerk of the Courts. All rights reserved.


