# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2021-019926 CA01

**DARLYS OJEDA SARDINAS,**

        Plaintiff,

vs.

**LYFT FLORIDA, INC.,**

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, DARLYS OJEDA SARDINAS, by and through undersigned counsel and sues the Defendant, LYFT FLORIDA, INC., and alleges:

1. That this is an action for damages in excess of $30,000.00 which exceeds the jurisdictional limits of this court.

2. That at all times material hereto the Plaintiff, DARLYS OJEDA SARDINAS, was a resident of Hollywood, Broward County, Florida, and is sui juris.

3. That the Defendant, LYFT FLORIDA, INC., is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about February 25, 2021 the Defendant owned, leased, maintained, and/or operated a motor vehicle at or near west 43rd Street and Collins Avenue, Miami Beach, Miami Dade County, Florida.

5. That at said time and place the Defendant, LYFT FLORIDA, INC., negligently operated and/or maintained said motor vehicle so that it collided with Plaintiff's motor vehicle.

6. That as a result thereof the Plaintiff, DARLYS OJEDA SARDINAS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental

anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

7. The Plaintiff's automobile was damaged and she lost the use of it during the period required for its repair or replacement.

WHEREFORE, the Plaintiff demands judgment for damages against the Defendant and a trial by jury of all issues triable as a right by a jury.

DATED this 26th Day of August, 2021.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY: /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:mc