UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-23747-CIV-LENARD/LOUIS

**DARLYS OJEDA SARDINAS**,

    Plaintiff,

vs.

**LYFT FLORIDA, INC.**,

    Defendant.
_____/

## REMOVAL STATUS REPORT

Pursuant to the Court's Order, dated October 26, 2021 [D.E. 3], Defendant Lyft, Inc. ("Lyft"), the removing party, incorrectly identified in the Complaint as "Lyft Florida, Inc.", submits this Removal Status Report.

1. <u>Nature Of The Claim.</u>  Plaintiff's claims arise from a motor vehicle accident that occurred on February 25, 2021. *See* Pl.'s Compl., at ¶¶ 5-7. Plaintiff attempts to state a cause of action against Lyft for negligence related to the accident. As detailed in Lyft's Notice of Removal [D.E. 1], the amount in controversy exceeds $75,000. At this time, no counterclaim, cross-claim, or third-party claim is anticipated.

2. <u>Grounds For Removal.</u>  Diversity jurisdiction; 28 U.S.C. § 1332(a)(1).

3. <u>List of Parties and Statement of Citizenship.</u> The parties to the action are:

    a. Plaintiff, Darlys Ojeda Sardinas – a resident of Florida (Pl.'s Compl. at ¶ 2).

    b. Defendant, Lyft – a Delaware corporation with its principal place of business in San Francisco, California [D.E. 1, Ex. D].

- 2 -

4.      <u>Defendant's Statement.</u> Lyft, the removing party, is the only Defendant. Lyft has been served and has filed a responsive pleading.

5.      <u>Timing Of Removal.</u> Lyft removed the action within 30 days after service of the initial pleading. Plaintiff's Complaint was served on Lyft on September 22, 2021 and Lyft filed the Notice of Removal on October 22, 2021.

6.      <u>Pending Motions.</u>  There are no motions currently pending.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of November 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

William C. Ruggiero
Law Offices of William C. Ruggiero
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Ruggiero@wcrlaw.com

**(Counsel for Plaintiff)**

*s/ Douglas E. Ede*
SCOTT M. SARASON
Florida Bar No.: 0394718
E-mail: ssarason@rumberger.com
docketingmiami@rumberger.com
ssarasonsecy@rumberger.com
DOUGLAS EDE
Florida Bar No.: 764787
E-mail: dede@rumberger.com (primary)
docketingmiami@rumberger.com and
dedesecy@rumberger.com (secondary)
LOREN M. KORKIN
Florida Bar No.: 1010531
E-mail: lkorkin@rumberger.com (primary)
docketingmiami@rumberger.com and
lkorkinsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel: 305.358.5577
Fax: 305.371.7580

**(Attorneys for Lyft, Inc.)**