UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-23747-CIV-LENARD/LOUIS

**DARLYS OJEDA SARDINAS**,

    Plaintiff,

vs.

**LYFT FLORIDA, INC.**,

    Defendant.
_____/

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order dated October 26, 2021 [D.E. 3], Defendant, Lyft, Inc., incorrectly identified as "Lyft Florida, Inc." ("Lyft"), hereby files its Certificate of Interested Parties and Corporate Disclosure Statement and states the following:

1.) A complete list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party:

    A. Lyft is a publicly held corporation traded on the Nasdaq Global Select Market with no parent corporation. Based on Lyft's knowledge from publicly available U.S. Securities and Exchange Commission filings, no publicly held corporation or entity owns ten percent or more of Lyft's outstanding common stock.

B. Darlys Ojeda Sardinas, Plaintiff

C. Scott M. Sarason, Douglas E. Ede, Loren M. Korkin, and Rumberger Kirk & Caldwell, P.A., attorneys for Defendant Lyft, Inc. d/b/a Lyft Florida, Inc.

D. William C. Ruggiero and Law Offices of William C. Ruggiero, attorneys for Plaintiff, Darlys Ojeda Sardinas.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated:  November 10, 2021

                                    */s/ Douglas E. Ede*
                                    Douglas E. Ede, Esquire
                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of November 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

William C. Ruggiero
Law Offices of William C. Ruggiero
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Ruggiero@wcrlaw.com

**(Counsel for Plaintiff)**

*s/ Douglas E. Ede*
SCOTT M. SARASON
Florida Bar No.: 0394718
E-mail: ssarason@rumberger.com
docketingmiami@rumberger.com
ssarasonsecy@rumberger.com
DOUGLAS EDE
Florida Bar No.: 764787
E-mail: dede@rumberger.com (primary)
docketingmiami@rumberger.com and
dedesecy@rumberger.com (secondary)
LOREN M. KORKIN
Florida Bar No.: 1010531
E-mail: lkorkin@rumberger.com (primary)
docketingmiami@rumberger.com and
lkorkinsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel: 305.358.5577
Fax: 305.371.7580

**(Attorneys for Lyft, Inc.)**